**In re William P. WALTERS and Daniel R. Scheffler.**

No. 2009–1211.

United States Court of Appeals, Federal Circuit.

May 20, 2009.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Dom WADHWA, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3167.

United States Court of Appeals, Federal Circuit.

May 20, 2009.

Dom Wadhwa, Moorestown, NJ, pro se.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.